

**IN the INTEREST OF: D.J.W., a Minor**

· 2105 MDA 2016

Superior Court of Pennsylvania.

06/29/2017

CP–67–DP–0000232–2014
(York)
Affirmed

**IN RE: ADOPTION OF: D.J.W.**

**Appeal of: A.D.W.**

**2106 MDA 2016**

Superior Court of Pennsylvania.

06/29/2017

2016–0015 (York)
Affirmed

**IN RE: ADOPTION OF: D.J.W.**

**Appeal of: T.M.**

**2108 MDA 2016**

Superior Court of Pennsylvania.

06/29/2017

2016–0015
(York)
Affirmed

**IN RE: ADOPTION OF: D.M.W.**

**Appeal of: A.D.W.**

**2109 MDA 2016**

Superior Court of Pennsylvania.

06/29/2017

2016–0016
(York)
Affirmed

**IN RE: I.J.K.,**

**Appeal of: D.M.K.**

**15 MDA 2017**

Superior Court of Pennsylvania.

06/29/2017

0009–Adopt–2015–IJK
(Juniata)
Remanded Jurisdiction Retained

**IN RE: I.D.M., a Minor,**

**Appeal of: D.M.K.**

**16 MDA 2017**

Superior Court of Pennsylvania.

06/29/2017

0010–ADOPT–2015
(Juniata)
Remanded Jurisdiction Retained

